**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CARL EDWARD WILLIS
ADC #134185                                                                                                                PLAINTIFF

V.                                                       5:07CV00032 SWW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                                            DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff shall proceed with his inadequate psychiatric care claim against Defendant Craig and all other claims and Defendants are DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. The Clerk is directed to prepare a summons for Defendant Craig, and the United States Marshal is directed to serve the summons, the Complaint (docket entry #2), First Amended Complaint (docket entry #11), Second Amended Complaint (docket entry #12), and this Order upon

him through the ADC Compliance Division, without prepayment of fees and costs or security therefor.[1]

Dated this 10th day of July 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] If Defendant Craig is no longer an ADC employee, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for Defendant Craig.